UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2011-228 (WOB-JGW)

SUSAN DONOVAN                                                        PLAINTIFF

VS.                                              ORDER

KENTUCKY EASTER SEAL SOCIETY
INC. d/b/a Cardinal Hill
Specialty Hospital                                                   DEFENDANT


This matter is before the Court on the Notice of settlement herein (Doc. #22), and the Court being advised,

**IT IS ORDERED** that the within matter be, and it hereby is, **dismissed** and **stricken** from the docket of this Court.

This 18th day of October, 2012.



Signed By:
William O. Bertelsman   WOB
United States District Judge